1  AARON D. FORD
    Attorney General
2  GERRI LYNN HARDCASTLE, Bar No. 13142
    Deputy Attorney General
3  State of Nevada
   Bureau of Litigation
4  Public Safety Division
   100 N. Carson Street
5  Carson City, NV  89701-4717
   Tel: (775) 684-1134
6  E-mail: ghardcastle@ag.nv.gov

7  *Attorneys for Defendant*
   *James Donnelly*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

ERIK CHAVARIA,

        Plaintiff,

vs.

DONNELY, et al.,

        Defendants.

Case No. 3:17-cv-00266-MMD-CBC

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

Plaintiff, Erik Chavaria, appearing *pro se*, and Defendant, James Donnelly, appearing by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Gerri Lynn Hardcastle, Deputy Attorney General, hereby stipulate and agree, pursuant to Fed. R. Civ. P. 41(a)(1), that the above-captioned action should be dismissed with prejudice by order of this Court.

///
///
///
///
///
///
///
///
///

1

This Stipulation for Dismissal with Prejudice is executed as part of an out-of-court settlement between the parties. Pursuant to the Settlement Agreement and Full and Final Release, each party shall bear its own attorneys' fees and costs.

DATED this _____ day of May, 2019.

DATED this 3rd day of JUNE, 2019.

AARON D. FORD
Attorney General

By: _____
ERIK CHAVARIA, #1119541
Plaintiff, *Pro Se*

By: _____
GERRI LYNN HARDCASTLE
Deputy Attorney General
Bureau of Litigation
Public Safety Division
*Attorneys for Defendant*

**IT IS SO ORDERED:**

_____
**U.S. DISTRICT JUDGE**

**DATED:** June 4, 2019

## CERTIFICATE OF SERVICE

I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on this 4th day of June, 2019, I caused a copy of the foregoing, **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**, to be served, by U.S. District Court CM/ECF Electronic Filing on the following:

Erik Chavaria #1119541
Care of LCC Law Librarian
Lovelock Correctional Center
1200 Prison Road
Lovelock, NV 89419
lcclawlibrary@doc.nv.gov

/s/ _____
An employee of the
Office of the Attorney General